IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL No. 11-1264 |
| | : | |
| v. | : | CRIMINAL No. 05-32-2 |
| | : | |
| ALEXIS VILLEGAS | : | |

**<u>ORDER</u>**

AND NOW, this 22nd day of March, 2012, it is ORDERED Defendant Alexis Villegas's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Document 313) is DENIED without an evidentiary hearing. As Villegas has failed to make a substantial showing of the denial of a constitutional right, this Court finds no basis for issuance of a certificate of appealability.

The Clerk of Court shall mark this case CLOSED.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.