IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL MEJIA | : | CRIMINAL ACTION No. 05-32-1 |
| v. | : | CIVIL ACTION No. 10-3679 |
| UNITED STATES OF AMERICA | : | |

**ORDER**

AND NOW, this 19th day of September, 2013, it is ORDERED Defendant Angel Mejia's pro se Petition Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document 307) is DISMISSED as moot, Mejia having been ordered to use this Court's standard form of petition and having thereafter refiled his § 2255 motion on the correct form.

It is further ORDERED, for the reasons set forth in the accompanying Memorandum, the Government's Motion to Dismiss Petition under 28 U.S.C. § 2255 (Document 319) is GRANTED. Mejia's refiled pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document 310) is DISMISSED based on the collateral review waiver in Mejia's guilty plea agreement. Because Mejia has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue.

It is further ORDERED Mejia's pro se Motion Under Title 28 U.S.C. § 753(f) for Free Transcripts at Expense of United States (Document 308) is DENIED as moot.

The Clerk of Court is DIRECTED to mark both of the above-captioned cases CLOSED.

BY THE COURT:

    /s/ Juan R. Sánchez
Juan R. Sánchez, J